UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAAQOB YATZILEL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK MTA BRIDGES AND TUNNELS,<br><br>    Defendant. | Civil Action No.<br><br>New York Supreme Court, New York County<br><br>Index Number: 101225/2025<br><br>**NOTICE OF REMOVAL** |

Defendant MTA Bridges and Tunnels[1] ("Defendant"), by its undersigned attorneys, hereby removes the above-captioned action (the "Action") to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1441 and 1446. As grounds therefor, Defendant states the following:

    1.    Plaintiff Yaaqob Yatzilel ("Plaintiff") filed this Action in the Supreme Court of the State of New York, County of New York (the "State Court") on or about October 24, 2025. True and accurate copies of the Summons and Complaint are attached hereto as **Exhibit 1**.

    2.    The Complaint asserts causes of action for "Unconscionable Contract and Excessive Fees," Price Gouging under N.Y. GBL § 396-RR, Unjust Enrichment, and Violations of Due Process and Excessive Fines Clauses of the United States Constitution and New York State Constitution against the Defendant.

---

[1] Defendant is correctly referred to as the Triborough Bridge and Tunnel Authority d/b/a MTA Bridges and Tunnels.

**GROUNDS FOR REMOVAL**

3. This case is removable under 28 U.S.C. § 1441(a) because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. § 1331. Specifically, Plaintiff alleges Defendant violated the Eighth and Fourteenth Amendments of the U.S. Constitution.

4. Pursuant to 28 U.S.C. § 1441(c)(1)(b), this Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over Plaintiff's common law and state law claims because those claims are so related to the Eighth and Fourteenth Amendment claims over which this Court has original jurisdiction, that such claims form part of the same case or controversy.

5. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of New York is the District Court of the United States for the district and division embracing the place where the action is pending.

6. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely as it has been filed within 30 days of days of the Defendant's receipt of the Complaint on November 7, 2025.

7. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will provide written notice to Plaintiff and the Clerk of the Supreme Court of the State of New York, County of New York, along with a copy of this Notice of Removal.

WHEREFORE, the Defendant respectfully requests that this action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: New York, New York
       December 8, 2025

*/s/ Todd Rosenbaum*
Todd Rosenbaum
Elizabeth M. Platonova
Mintz, Levin, Cohn, Ferris, Glovsky,
and Popeo, P.C.
919 Third Avenue
New York, NY 10022
(212) 935-3000
TFRosenbaum@mintz.com
EMPlatonova@mintz.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the forgoing Notice of Removal by e-mail and Federal Express, as follows:

Yaaqob Yatzilel
146-17 182 Street
Springfield Gardens, NY 11413
Yatzilel@aol.com
(347) 484-9797

                                                       */s/ Todd Rosenbaum*
                                                      Todd Rosenbaum

Dated: December 8, 2025

# EXHIBIT 1

[Print in black ink all areas in bold letters.   This summons must be served with a complaint.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------x

**Yaaqob Yatzilel**,
[your name(s)]                              Plaintiff(s),

- against-

**MTA Bridges and Tunnels**
[name(s) of party being sued]      Defendant(s)
---------------------------------------------------------------x

SUMMONS

Index Number

**101225/2025**

Date Index Number Purchased

**10/24**, 20**25**

To the Person(s) Named as Defendant(s) above:

　　PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

　　YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

　　Dated: **10/24**, 20**25**
　　　　　　[date of summons]

NEW YORK
COUNTY CLERK'S OFFICE

OCT 2 4 2025

NOT COMPARED
WITH COPY FILE

**MTA Bridges and Tunnels**
[name and address of defendant(s)]

**PO Box 5186**
**Albany, NY 12212-5186**

[sign your name]
**Yaaqob Yatzilel**
[print your name]

**146-17 182 Street**
[your address and telephone number]

**Springfield Gardens, NY 11413**
**(347) 484-9797**

[name and address of defendant(s)]

Venue:　Plaintiff(s) designate(s) New York County as the place of trial.　The basis of this designation is:
　　　　☑ Plaintiff(s) residence in New York County
　　　　☐ Defendant(s) residence in New York County
　　　　☐ Other [See CPLR Article 5]:_____

CommenceAction – Rev. May 2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

RBH LM

-----------------------------------------------------------X

**YAAQOB YATZILEL,**
Plaintiff,

-against-

**CITY OF NEW YORK MTA BRIDGES AND TUNNELS,**
Defendant.

-----------------------------------------------------------X

Index No.: 101225/2025

NEW YORK COUNTY CLERK'S OFFICE
OCT 2 4 2025
NOT COMPARED WITH COPY FILE

## COMPLAINT

FOR:
- UNCONSCIONABLE CONTRACT AND EXCESSIVE FEES
- PRICE GOUGING UNDER GBL § 396-RR
- UNJUST ENRICHMENT
- VIOLATION OF DUE PROCESS AND EXCESSIVE FINES CLAUSE

Plaintiff, YAAQOB YATZILEL ("Plaintiff"), appearing Pro Se, respectfully alleges upon personal knowledge as to himself and upon information and belief as to all other matters as follows:

## PRELIMINARY STATEMENT

This action arises from Defendant's unlawful and unconscionable practice of imposing grossly excessive "administrative fees" on toll violations that bear no reasonable relationship to any actual cost incurred.

Defendant, City of New York MTA Bridges and Tunnels ("MTA B&T;"), a state agency entrusted with managing vital public infrastructure, has weaponized its monopoly power to extract punitive sums from motorists by threatening suspension of vehicle registrations.

Plaintiff challenges Defendant's conduct as unconscionable, in violation of New York General Business Law § 396-RR, and as constituting unjust enrichment and a deprivation of property rights under the New York and United States Constitutions.

## THE PARTIES

ACCEPTED FOR
NOV 7 2025
TBTA ONLY

Plaintiff, YAAQOB YATZILEL, is a natural person residing at 146-17 182 Street, Springfield Gardens, County of Queens, City and State of New York.

Upon information and belief, Defendant, City of New York MTA Bridges and Tunnels, is a public benefit corporation and agency of the State of New York with a principal office at 2 Broadway, New York, NY 10004.

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to N.Y. Const. art. VI, § 7 and CPLR § 301.

Venue is proper in New York County pursuant to CPLR § 503(a) because Defendant conducts substantial business in this County and the actions complained of occurred within the City and State of New York.

## GENERAL ALLEGATIONS

Plaintiff is the registered owner of a Massachusetts vehicle, license plate number 3JET47.

Plaintiff maintains an E-ZPass account and diligently replenishes it to pay for tolls.

On or about July 26, 2024, Plaintiff discovered that Defendant had blocked the renewal of his vehicle registration due to alleged outstanding toll violations.

In a letter dated February 5, 2025, Defendant confirmed 224 alleged toll violations from January 15, 2023 through October 9, 2024, totaling $18,257.20 ($2,457.20 in tolls, $15,800 in fees).

Defendant's offer to waive 50% of these fees if Plaintiff entered a payment plan evidences that the charges are unjustified and excessive.

## FIRST CAUSE OF ACTION
(Unconscionable Contract and Excessive Fees)

The imposition of $15,800 in fees on $2,457.20 in tolls is substantively and procedurally unconscionable.

The disparity in bargaining power between an individual motorist and a state-controlled monopoly leaves the consumer with no meaningful choice.

As a result, Plaintiff suffered damages of no less than $15,800.

## SECOND CAUSE OF ACTION
(Price Gouging – GBL § 396-RR)

Under GBL § 396-RR, it is unlawful to charge a price that is "grossly excessive" under conditions of unequal bargaining power.

Defendant's 643% fee-to-toll ratio constitutes such a "grossly excessive" price, violating GBL § 396-RR.

## THIRD CAUSE OF ACTION
### (Unjust Enrichment)

Defendant has received or seeks to receive funds through excessive, punitive fees unrelated to any actual cost.

It would be against equity and good conscience to permit Defendant to retain such funds.

## FOURTH CAUSE OF ACTION
### (Violation of Due Process and the Excessive Fines Clause)

Defendant's imposition of punitive administrative fees without meaningful pre-deprivation hearing violates Plaintiff's due process rights under Article I, § 6 of the New York Constitution and the Fourteenth Amendment.

These fees are also excessive under the Eighth Amendment's prohibition on excessive fines.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

a. Compensatory damages including excessive administrative fees charged;

b. Statutory damages under GBL § 396-RR;

c. Injunctive relief enjoining Defendant from continuing its practices;

d. Costs, disbursements, and reasonable attorney's fees;

e. Punitive damages as warranted; and

f. Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: New York, New York
February [ ], 2025

Respectfully submitted,

_____
YAAQOB YATZILEL
Plaintiff, Pro Se
146-17 182 Street
Springfield Gardens, NY 11413
Tel: (347) 484-9797

State of New York
County of New York

Sworn to before me this
_____ day of __OCT 2 4 2025__ 20

ERICA AUCAQUIZHPI
Notary Public, State of New York
Reg. No. 04AU0032419
Qualified in New York County
Commission Expires December 31, 2028

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------X

**YAAQOB YATZILEL**,
Plaintiff,

-against-

**MTA BRIDGES AND TUNNELS**,
Defendant.

-------------------------------------------------X

## VERIFICATION

I, **YAAQOB YATZILEL**, am the Plaintiff in the within action. I have read the foregoing Complaint and know the contents thereof. The same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

This verification is made by me because I am the Plaintiff in this action, and I am acquainted with the facts stated herein.

I affirm under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Dated: New York, New York
February [ ], 2025

_____
**YAAQOB YATZILEL**
Plaintiff, Pro Se
146-17 182 Street
Springfield Gardens, NY 11413

State of New York
County of New York

Sworn to before me this ____ day of OCT 24 2025

ERICA AUCAQUIZHPI
Notary Public, State of New York
Reg. No. 04AU0032419
Qualified in New York County
Commission Expires December 31, 2028

# EXHIBIT A

**MTA Bridges and Tunnels Correspondence – February 5, 2025**

This correspondence confirms 224 alleged toll violations totaling $18,257.20 ($2,457.20 in tolls and $15,800.00 in administrative fees).

It further reflects Defendant's offer to waive 50% of the administrative fees if Plaintiff enters into a payment plan, demonstrating that the full fees are arbitrary and excessive.

[Scanned Copy of Exhibit A Attached Separately]

2 Broadway
New York, NY 10004
646 252-7000 Tel

Catherine T. Sheridan, P.E.
President

# Bridges and Tunnels

February 5, 2025

Yaaqob Yatzilel
146-17 182 Street
Spring Hardens, NY 11413

Re: Notice of Claim

Dear Yaaqob Yatzilel:

Your Notice of Claim has been transferred to tolling operations for handling.

Enclosed is their determination on the claim submitted and documentation.

Sincerely,


TBTA Toll Group Representative

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)
is an agency of the Metropolitan Transportation Authority, State of New York

2 Broadway  
New York, NY 10004  
646 252-7000 Tel

Catherine T. Sheridan, P.E.  
President

# MTA Bridges and Tunnels

February 5, 2025

Yaaqob Yatzilel  
146-17 182 Street  
Spring Hardens, NY 11413

Re: MTA B&T Toll Violations

Dear Yaaqob Yatzilel,

MTA Bridges and Tunnels (MTA B&T) is in receipt of your inquiry regarding MTA B&T Toll Violations.

We have reviewed Tolls by Mail accounts 709946108 and 661799471 were created for Massachusetts vehicle plate 3JET47, registered to you; and found the following:

- MTA B&T has submitted Massachusetts vehicle plate 3JET47 for MTA B&T Massachusetts registration hold – case number MA-20240412-001.
- Currently there are 224 open MTA B&T violations totaling $2,457.20 in tolls and $15,800.00 in fees from transaction dates 1/15/2023 through 10/9/2024.
- The notices occurred due to reading E-ZPass device number 02104409346. Please contact the Massachusetts E-ZPass customer service to check the status of the E-ZPass device 02104409346.
- There is a Toll Bill balance of $27.62 due on Tolls by Mail account 709946108.

<u>36-Month Payment Plan Approved:</u>

- MTA B&T has approved you for a 36-Month payment plan with our collection agency Transworld Systems Inc. (TSI).
- You will be required to pay all tolls due and 50% of the violation fees due for vehicle plate 3JET47 listed on Tolls by Mail accounts 709946108 and 661799471.
- Acceptance of the payment plan and the first monthly installment payment must be made by 2/28/2025.
- After the date 2/28/2025, all tolls and 100% of the fees will be required for the payment plan.
- Please contact the DMV Registration Suspension Unit at (718) 313-9424 Monday to Friday from 9 AM through 4 PM to enroll in the payment plan.
- To resolve the $27.62 toll bill balance, you may visit www.tollsbymailny.com to view and pay notices. Please have reference number 709946108 with you to access to notice.

To further aid you in managing your accounts, we suggest downloading our TollsNY mobile app which allows you to view and pay tolls as a Tolls by Mail or E-ZPass customer.

Thank you,

Tolling Operations  
MTA Bridges and Tunnels

MTA Bridges and Tunnels (Triborough Bridge and Tunnel Authority)  
is an agency of the Metropolitan Transportation Authority, State of New York