UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAQOB YATZILEL,

Plaintiff,

-v-

CITY OF NEW YORK MTA BRIDGES
AND TUNNELS,

Defendant.

25-CV-10172 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On December 8, 2025, Defendant City of New York MTA Bridges and Tunnels filed a notice of removal on the grounds that this civil action is removable under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1441(c)(1)(b).  (ECF No. 1 at 2.)  On December 22, 2025, Plaintiff Yaaqob Yatzilel filed an amended complaint that "affirmatively withdraws and disclaims any claim arising under the United States Constitution or federal law," leaving only state law claims.  (ECF No. 9 at 1.)  Plaintiff also filed a motion to remand the case to state court.  (ECF No. 7.)  Because Plaintiff has "eliminate[d] the federal-law claims that enabled removal, leaving only state-law claims behind, the [C]ourt's power to decide the dispute [has] dissolve[d]."  *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 30 (2025).

Accordingly, Plaintiff's motion to remand is GRANTED, and this case is remanded to New York Supreme Court, New York County, pursuant to 28 U.S.C. § 1447(c).  The Clerk of Court is directed to close the motion at Docket Number 7.

SO ORDERED.

Dated:  December 31, 2025
        New York, New York

_____
J. PAUL OETKEN
United States District Judge